UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-20110-WILLIAMS/Reid

**MSP RECOVERY CLAIMS, SERIES LLC,**

    Plaintiff,

v.

**AMERICAN FAMILY CONNECT PROPERTY
AND CASUALTY INSURANCE COMPANY,**

    Defendant.

_____/

## **JOINT STIPULATION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

    Plaintiff MSP Recovery Claims, Series LLC ("Plaintiff") and Defendant American Family Connect Property and Casualty Insurance Company ("Defendant," and with Plaintiff, "the Parties"), by and through undersigned counsel, move the Court for an order, and state as follows:

    The Parties have come to an agreement regarding matters of confidentiality related to production of documents in discovery and seek the entry of the attached Confidentiality/Protective Order, which is requested to also be entered, in part, pursuant to Federal Rule of Evidence 502(d). Attached hereto are a true and correct copy of the Proposed Confidentiality/Protective Order (**EXHIBIT A**), as well as a true and correct copy of the Acknowledgement of Understanding and Agreement to be Bound by Protective Order (**ATTACHMENT A**).

    WHEREFORE, the Parties pray the Court enter the attached order, and they also pray for any other relief that is just and honorable.

**[SIGNATURES ON SUBSEQUENT PAGE]**

Dated: March 15, 2023.

| | |
|---|---|
| */s/ Robert R. Jimenez* | */ s / Nicole Sieb Smith* |
| ROBERT R. JIMENEZ, ESQ. | NICOLE SIEB SMITH |
| Florida Bar No. 72020 | Florida Bar No.: 0017056 |
| MERCEDES M. RODRIGUEZ, ESQ. | Email: nsmith@rumberger.com |
| Florida Bar No. 0492345 | SAMANTHA DUKE |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Florida Bar No.: 0091403 |
| | Email: sduke@rumberger.com |
| 2701 S. LeJeune Road, 10th Floor | RUMBERGER, KIRK & CALDWELL, P.A. |
| Miami, FL 33134 | 101 North Monroe Street, Suite 1050 |
| Tel.: (866) 252-0878 | Tallahassee, Florida 32301 |
| Fax: (919) 600-5035 | Tel: 850.222.6550 |
| Primary Emails: rjimenez@milberg.com; mrodriguez@milberg.com | Fax: 850.222.8783 |
| Secondary Email: Ralves@milberg.com | and |
| *Counsel for Plaintiff* | EMILY C. BURKE |
| | Florida Bar No.: 1018878 |
| | Email: eburke@maynardcooper.com |
| | MAYNARD, COOPER & GALE, P.C. |
| | 1900 Sixth Avenue North, Suite 1700 |
| | Birmingham, Alabama 35203 |
| | Tel: 205-254-1046 |
| | *Counsel for Defendant* |