# Exhibit A

**optum**

PO Box 2249
Warminster, PA 18974
(800) 200-0207

06-20-2023

SAMANTHA DUKE                                   Injured Party: D[---] G[---]
RUMBERGER, KIRK & CALDWELL, P.A.                Date of Injury: 11-02-2012
101 North Monroe Street, Suite 1050             Group: Florida Dual Complete, ST-G-22104844
Tallahassee FL 32301                            File: 146427191

Dear SAMANTHA DUKE:

This letter will formally notify you that [Assignor] has retained Optum to pursue a recovery for medical benefits which have been or may be paid on behalf of D[---] G[---] for treatment of injuries sustained on the above-referenced date of injury. We have received your subpoena/request for information.

To date, our records reflect that [Assignor] has not paid any claims related to this accident. As such, we have no responsive documents to your request.

Please Note: We reserve the right to intervene, on behalf of [Assignor] at a later date should they pay related medical expenses. Please contact us prior to settlement to obtain the total amount of paid benefits.

Please direct all future correspondence regarding out client's rights to my attention.

Sincerely,

*Team 2*

Team 2,
888-870-8842
subroteam@optum.com

CONFIDENTIALITY NOTICE: This document is for the sole use of the intended recipient(s) and may contain information protected by federal HIPAA laws, the attorney-client privilege, the attorney work product doctrine or other applicable privilege or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender and destroy all copies of this message and any attachments.

SP - 146427191/NEW2 Resp to Subpoena for Med Recs Ltr No Paid Claims